

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2023

**MEMO ENDORSED**

*c/o Office of Program Litigation, Office 2*
*Office of the General Counsel*
*Social Security Administration*
*6401 Security Boulevard*
*Baltimore, MD 21235*
*212-264-2217*
*Ariella.zoltan@ssa.gov*

September 26, 2023

**By ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Sanabria v. Acting Commissioner of Social Security*,
             1:23-cv-7517 (VEC-BCM)) (S.D.N.Y.)

Dear Judge Caproni:

Pursuant to the Court's order dated August 25, 2023, the parties were required to advise the Court by September 8, 2023 whether they consent to magistrate judge jurisdiction in the above referenced case. *See* ECF No. 7. Unfortunately, due to an administrative oversight, the case was assigned to an attorney with the Commissioner's Office of General Counsel that is on extended leave, and the parties therefore missed the deadline. The Commissioner now moves for an extension of time, *nunc pro tunc*, to file a signed consent form.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

        BY:    *s/ Ariella Zoltan*
                  Ariella Zoltan
                  Special Assistant U.S. Attorney
                  Office of Program Litigation, Office 2
                  Office of the General Counsel
                  Social Security Administration
                  6401 Security Boulevard
                  Baltimore, MD 21235

(212) 264-2217
ariella.zoltan@ssa.gov

Application GRANTED.  The parties are encouraged to file any consent to Magistrate Judge jurisdiction by **October 16, 2023**.

SO ORDERED.

Date: 9/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE