```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2023
```

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*
*Civil Division*

c/o Social Security Administration  tel: (212) 264-2217
Office of the General Counsel          fax: (212) 264-6372
6401 Security Boulevard,
Baltimore, MD 21235

October 27, 2023

**Via CM/ECF**

Hon. Barbara C. Moses
U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Sanabria v. Commissioner of Social Security*
          Civil Action No. 1:23-cv-07517-BCM
          Joint Letter Request for Extension of Deadlines

Dear Judge Moses:

      This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter. We write respectfully with Plaintiff to request an extension of the deadlines for filing the certified administrative record (CAR) and subsequent briefing in the above-referenced Social Security case, pursuant to the Standing Order, *In re Briefing of Social Security Cases*, M 10-46, issued on November 18, 2022 (the Standing Order). *See* ECF no. 5.

      Pursuant to the Supplemental Rules for Social Security Actions effective December 1, 2022, the Certified Administrative Record is due on October 27, 2023, Plaintiff's brief is due on November 27, 2023 and Defendant's brief is due on December 27, 2023. *See* Supp. R. 6-8. Due to large caseloads, and in accordance with the Standing Order, the parties have conferred about a proposed modified and comprehensive schedule for future filings in this case. The parties respectfully request that the Court approve the following proposed schedule:

- The Certified Administrative Record shall be filed on November 27, 2023
- Plaintiff's brief shall be filed by February 12, 2024;
- Defendant's brief shall be filed by April 12, 2024; and
- Plaintiff reply shall be filed by April 26, 2024.

This is the first and only request for an extension of the filing deadlines in this case.

We thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

BY:   *s/ Ariella Zoltan*
        Ariella Zoltan
        Special Assistant U.S. Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (212) 264-2217
        ariella.zoltan@ssa.gov


*/s/ Daniel Adam Osborn*
Daniel Adam Osborn, Esq.
Osborn Law P.C.
43 West 43rd Street, Suite 131
New York, NY 10036
212-725-9800
dosborn@osbornlawpc.com

---

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
October 30, 2023